**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SIMONE DICKSON,**

      **Plaintiff,**      1:22-cv-1114
                  (GLS/CFH)
   **v.**

**FLETCHER et al.,**

      **Defendants.**

**APPEARANCES:**      **OF COUNSEL:**

**FOR THE PLAINTIFF:**
SIMONE DICKSON
Pro Se
P.O. Box 14472
Albany, New York 12212

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

  The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Christian F. Hummel, duly filed January 10, 2023 (Dkt. No. 9.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

  No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

  **ORDERED** that the Report-Recommendation and Order (Dkt. No. 9) is

**ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE** and **WITH LEAVE TO AMEND**; and it is further

**ORDERED** that, if plaintiff elects to file an amended complaint, plaintiff is warned that any amended complaint must be a complete and separate pleading.  Plaintiff must state all of her claims in the new pleading and may not incorporate by reference, any part of her original complaint; and it is further

**ORDERED** that any amended complaint shall be filed within thirty (30) days of the date of this Order; and it is further

**ORDERED** that, if plaintiff files an amended complaint, such proposed amended complaint will be referred to the Magistrate Judge for initial review; and it is further

**ORDERED** that, if plaintiff fails to file an amended complaint within the time permitted, the clerk is directed to close this case without further order of the court; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

January 30, 2023
Albany, New York

*Gary L. Sharpe*
~~Gary L. Sharpe~~
U.S. District Judge